
RECEIVED
IN MONROE, LA
FEB 0 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN M. FLOYD | CIVIL ACTION NO. 06-1849 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CALDWELL CORRECTIONS PRISON OFFICIALS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff's claims be DISMISSED WITH PREJUDICE as frivolous and failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1) and (2).

MONROE, LOUISIANA, this 8 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE